U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 27 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

ANN R. FERRIS,
    Appellant

CIVIL ACTION
NO. CV-8-0210-LC

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,
    Appellee

JUDGE JAMES T. TRIMBLE
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Ferris' case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_ , Louisiana, on this 27ᵗʰ day of _October_ , 2008.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE